**Order filed April 23, 2020**



### In The

# Eleventh Court of Appeals

_____

## No. 11-18-00102-CR

_____

## JESSE VILLAFRANCO JR., Appellant
## V.
## THE STATE OF TEXAS, Appellee

**On Appeal from the 441st District Court**
**Midland County, Texas**
**Trial Court Cause No. CR45624**

### O R D E R

Because the opinion issued in this cause on April 23, 2020, contains information from the sealed briefs and a sealed record, this court has determined that the opinion should be placed under seal. Accordingly, by order of this court, the attached opinion is hereby sealed. *See* TEX. R. APP. P. 9.10(g).

April 23, 2020                                                  JOHN M. BAILEY

Panel consists of: Bailey, C.J.,                      CHIEF JUSTICE
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

_____

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.